IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Antonio Davis, #33001A, | ) | C/A No.: 0:15-1277-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| York County; Rock Hill City Police | ) | |
| Department; and Officer Mark Schurig, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, a local prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. On March 26, 2015, the court ordered Plaintiff to provide all of the service documents necessary to advance his case. [ECF No. 6]. Plaintiff was warned that failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* The time for response expired on April 20, 2015, and Plaintiff did not provide the requested service documents. On June 12, 2015, the court provided Plaintiff a second opportunity to complete service documents necessary to bring the case into proper form. [ECF No. 12]. The time for response has expired and Plaintiff has not responded. *Id.* Plaintiff has failed to prosecute this case and has failed to comply with an order of this court. Therefore, the case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

IT IS SO ORDERED.

November 10, 2015
Columbia, South Carolina

s/Mary G. Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.

2