AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

|  |  |
|---|---|
| Antonio Davis,<br>*Plaintiff,*<br>v.<br>York County; Rock Hill City Police Department; and Officer Mark Schurig,<br>*Defendants.* | )<br>)<br>)  Civil Action No.    0:15-cv-01277-MGL-SVH<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Antonio Davis, shall take nothing of the defendants, York County, Rock Hill City Police Department, and Officer Mark Schurig, and this action is dismissed without prejudice pursuant to FRCP 41.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, United States District Judge, presiding. The Court dismissed the complaint without prejudice for failure to prosecute.

Date:   November 10, 2015                           *ROBIN L. BLUME, CLERK OF COURT*

                                                                                       s/G. Mills
                                                                            *Signature of Clerk or Deputy Clerk*